# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Brian Scott Geiger,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Charles Edward Sloan, III, Robert Mitchell James, III, Anthony Lee Byroads and Sony ATV Publishing,<br><br>　　　　　Defendants. | Civil Action No. 3:07-CV-00080-CMC<br><br>**ORDER GRANTING<br>MOTION TO DISMISS<br>WITH PREJUDICE** |

　　　　WHEREAS counsel for Plaintiff and for Defendants Charles Edward Sloan, III, Robert Mitchell James, III and Sony ATV Publishing moved on April 4, 2007, for an Order dismissing with prejudice these Defendants and the claims against them;

　　　　WHEREAS the moving parties have entered into a settlement agreement that resolves all of the claims that have been asserted in this lawsuit;

　　　　IT IS HEREBY ORDERED that the Plaintiff's claims against the moving Defendants are hereby dismissed with prejudice, and the moving Defendants are therefore dismissed from this action.

　　　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　Bristow Marchant
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

April 4, 2007
Columbia, South Carolina　　　　　　　　　　　See Standing Order M90-3FBH